■ CORY ANDERSON, Respondent, v PHILIP E. PECK, Appellant. [17 NYS3d 354]—Appeal from an order of the Supreme

Court, Wayne County (Daniel G. Barrett, A.J.), entered July 17, 2014. The order denied defendant's motion for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.